FILED

2019 DEC -9  PM 3: 50    **UNDER SEAL**

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

         Plaintiff,

         v.

ARMANDO VILLARREAL,

         Defendant.

Case No. SACR 19 - 0 0 2 0 2 -DOC

I N F O R M A T I O N

[26 U.S.C. § 7206(2): Aiding
and Assisting in the
Preparation of a False Income
Tax Return]

The United States Attorney charges:

                    [26 U.S.C. § 7206(2)]

    1.   From 2013 through mid-2016, defendant ARMANDO

VILLARREAL was a tax preparer at a tax preparation service

located in Garden Grove, California.  From mid-2016 through

2018, defendant VILLARREAL was a tax preparer at a tax

preparation service located in Anaheim, California.

    2.   While preparing his taxpayer-clients' federal tax

returns for filing with the Internal Revenue Service ("IRS"),

defendant VILLARREAL willfully claimed false deductions for his

taxpayer-clients, at times without their knowledge or consent, in order to reduce their tax liability to the IRS.

3.  As a result of defendant VILLARREAL's actions, the IRS incurred a tax loss of approximately $144,725.

4.  On or about January 29, 2018, in Orange County, within the Central District of California, defendant VILLARREAL willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the IRS, of U.S. Individual Income Tax Return, Form 1040, for the tax year 2017, in the name of taxpayer C.G., which return was false and fraudulent as to a material matter, in that the tax return falsely claimed a refund, based, in part, upon a false Schedule D loss deduction, whereas, as defendant VILLARREAL then knew, taxpayer C.G. was not entitled to claim such deduction.

NICOLA T. HANNA
United States Attorney

Scott M. Garringer
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana
Branch Office